

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JEAN PAUL M. KOM, | § | No. 08-24-00022-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| SANDRINE KOJIDIE KOM, | § | (TC# 2019DCM7783) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse and remand to the trial court for proceedings consistent with this opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 8th day of April 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ